UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
       Petitioner,  )
         )   No. 1:17-mc-11
-v-  )
         )   HONORABLE PAUL L. MALONEY
MATTHEW A. MORTON,  )
       Respondent.  )
_____)

## JUDGMENT

In accordance with the final order entered on this date (ECF No. 7), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  March 7, 2017                                  /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge